UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Christopher John Rubisch</u>

    v.                                    Civil No. 15-cv-076-JL

<u>Chaplain Jim Daly</u>

### <u>REPORT AND RECOMMENDATION</u>

Before the court is prisoner Christopher Rubisch's motion for summary judgment (doc. no. 8). Defendant objects (doc. no. 10). For the reasons stated in defendant's objection, the court recommends that the motion for summary judgment be denied as premature, without prejudice to refiling at an appropriate stage in the litigation.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. <u>See</u> Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order. <u>See</u> <u>Garayalde-Rijos v. Munic. Of Carolina</u>, 747 F.3d 15, 21-22 (1st Cir. 2014).

                                            _____
                                            Andrea K. Johnstone
                                            United States Magistrate Judge

June 1, 2015

cc:  Christopher John Rubisch, pro se
     Francis Charles Fredericks, Esq.